```
DATE:   11/25/2013           AT:  11:00
```

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR STATUS CONFERENCE

DOCKET NUMBER:  13-2642 (AND -3809)

TITLE:  SECURE WEB CONFERENCE CORP. -V- MICROSOFT CORP. & LOGITECH, INC.

DOCKET NUMBER:  13-3810

TITLE:  SECURE WEB CONFERENCE CORP. -V- CITRIX SYSTEMS, INC.

APPEARANCES:

FOR PLAINTIFF(S):  DECKER CAMMACK

FOR DEFENDANT(S):  WILLIAM CAVANAUGH (BY PHONE)(Δ MICROSOFT)
                   ROBERT ISACKSON (Δ LOGITECH)
                   ERICA WILSON; LACY KOONCE (Δ CITRIX)

REPORTER: H. RAPAPORT

  X     CASES CALLED.  COUNSEL FOR ALL SIDES PRESENT.

  X     CONFERENCE HELD.

  X     OTHER: THE COURT DIRECTS THAT CV 13-3809, PREVIOUSLY CONSOLIDATED INTO CV 13-2642, BE "UNCONSOLIDATED".
        ALL THREE CASES WILL BE COORDINATED UNDER MAG. JUDGE TOMLINSON'S SUPERVISION, THEREFORE CV 13-3810 SHALL BE REASSIGNED TO HER FROM MAG. JUDGE WALL.
        OPENING MARKMAN BRIEFS ARE NOW DUE 6/6/2014.  MAG. JUDGE TOMLINSON WILL REVISE HER CASE MANAGEMENT AND SCHEDULING ORDER ACCORDINGLY, BASED ON THE PARTIES' PROPOSALS, AT THE 12/4/2013 STATUS CONFERENCE.